December 30, 2019LYNDA JACOBS [314473]
COLE W. YEARGIN [275400]
American Debt Law
2522 Chambers Road, Suite 100
Tustin, CA 92780
714-443-0713
Fax: 714-443-0201
Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFWAN ABOUKHADIJEH, <br><br> Plaintiff, <br><br> vs. <br><br> BORROWERS FIRST, INC., <br><br> Defendant(s) | **Case No.: 8:19-cv-00643-JVS-JDE** <br><br> **JUDGMENT IN FAVOR OF PLAINTIFF SAFWAN ABOUKHADIJEH FOR VIOLATIONS OF THE FAIR DEBT COLLECTIONS ACT (15 U.S.C. Section 1692, et. seq.) AND ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT (Civil Code Section 1788, et. seq.)** |

Plaintiff, SAFWAN ABOUKHADIJEH ("Plaintiff") brought the present action against Defendant BORROWERS FIRST, INC. ("Defendant") alleging violations of the Fair Debt Collection Practices Act (15 U.S.C. Section 1692, et. seq.) and the Rosenthal Fair Debt Collections Act (Civil Code Section 1788, et. seq.). Plaintiff properly served Defendant but Defendant failed to file a response to this action.

Clerk's Entry of Default Judgment was entered against Defendant on November 8, 2019.

JUDGMENT

Plaintiff's Motion for Entry of Default Judgment came on before this Court as of December 16, 2019. After considering the moving papers and all supporting evidence provided to the Court, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment is entered for Plaintiff and against Defendant, with prejudice, on each of the following grounds:

    a. That Defendant did violate the Fair Debt Collection Practices Act (15 U.S.C. Section 1692, et. seq.).

    b. That Defendant did violate the Rosenthal Fair Debt Collections Act (Civil Code Section 1788, et. seq.).

    c. For an award of general damages and special damages in an amount of $2,000 pursuant to 15 U.S.C. §1692(k);

    d. For an award of actual damages including damages and special damages in an amount of $2,000.00 pursuant to 15 U.S.C. §1692(k);

    e. That the underlying debt owed by Plaintiff to Defendant is forgiven.

3. Pursuant to Federal Rule of Civil Procedure 54(d)(1) and Local Rules 54-2 and 54-3, Plaintiff is entitled to recover Plaintiff's costs incurred in this action.

4. Any request by Plaintiff for an award of attorney's fees and related nontaxable expenses under Federal Rule of Civil Procedure 54(d)(2) shall be made pursuant to Local Rule 54-10.

Date: 12/30/19

_____

Hon. James V. Selna

United States District Judge

JUDGMENT